# United States Court of Appeals

### For the Eighth Circuit

_____

No. 18-2067

_____

David Pitlor

*Plaintiff - Appellant*

v.

T.D. Ameritrade; Kutak Rock LLP

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: January 22, 2019
Filed: January 28, 2019
[Unpublished]

_____

Before LOKEN, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

David Pitlor appeals after the district court[1] dismissed his action alleging federal and state law claims related to his online trading account. Upon careful

---

[1]The Honorable John M. Gerrard, Chief Judge, United States District Court for the District of Nebraska.

review of the district court record and the parties' arguments on appeal, we find no basis for reversing the dismissal. *See Kelly v. City of Omaha*, 813 F.3d 1070, 1075 (8th Cir. 2016) (grant of motion to dismiss for failure to state claim under Rule 12(b)(6) is reviewed de novo). We also conclude the district court did not abuse its discretion in denying Pitlor's post-judgment motion. *Miller v. Baker Implement Co.*, 439 F.3d 407, 414 (8th Cir. 2006) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____